Michael J. Reed (SBN 122324)
Attorney at Law
E-mail: mreed10202@aol.com
60 Creek Tree Lane
Alamo, CA  94507
Telephone:  (925) 743-8353
Facsimile:  (734) 468-6168
Attorney for Plaintiff
MYRA RAYO


SEYFARTH SHAW LLP
Michael J. Burns (Bar No. 172614)
E-mail: mburns@seyfarth.com
Eden E. Anderson (Bar No. 233464)
E-mail: eanderson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
ZALE DELAWARE INC.

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA RAYO<br><br>                  Plaintiff,<br><br>vs.<br><br>ZALE DELAWARE, INC. and DOES 1-50,<br><br>                  Defendants | Case No. C 14-0771 EMC<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE EDWARD M. CHEN<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO JULY 17, 2014; [PROPOSED] ORDER THEREON<br><br>CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 12, 2014; 9:00 a.m. Courtroom 5, 17th Floor San Francisco, California<br><br>Complaint Removed:  February 21, 2014<br>Trial Date:  None Set |

1  WHEREAS, on May 29, 2014, the Court issued notice that the Case
2  Management Conference ("CMC") was continued from June 5 to June 12 at 9:00
3  a.m.
4  WHEREAS, defense counsel Eden Anderson and Michael J. Burns represent
5  they have pre-existing conflicts and are unavailable on June 12 to attend the CMC
6  and are also both unavailable on June 19 and June 26;
7  WHEREAS, the Parties filed their Joint Case Management Conference
8  Statement on May 29, 2014.
9  NOW THEREFORE, IT IS HEREBY STIPULATED by and through the
10 undersigned parties that the CMC currently scheduled for June 12, 2014 be
11 continued to July 17 2014, the first available date upon which the parties' counsel
12 are both available to appear.

14 Dated: June 6, 2014          By: /s/ Michael J. Reed
                                        Michael J. Reed
15                                      Law Offices of Michael J. Reed
                                        Attorneys for Plaintiff Myra Rayo

17 Dated: June 6, 2014          By: /s/ Eden Anderson
                                        Eden E. Anderson
18                                      SEYFARTH SHAW LLP
                                        Attorneys for Defendant ZALE
19                                      DELAWARE, Inc.

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference is
continued to July ~~17, 2014 at 9:00 a.m.~~ 24, 2014 at 9:30 a.m. A joint CMC statement shall be filed by 7/17/14.

Dated: 6/9/14                    By: _____
                                      Hon. Edward M. Chen
                                      JUDGE OF THE UNITED STATES
                                      DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

2