Michael J. Reed (SBN 122324)
Attorney at Law
E-mail: mreed10202@aol.com
60 Creek Tree Lane
Alamo, CA  94507
Telephone:  (925) 743-8353
Facsimile:  (734) 468-6168
Attorney for Plaintiff
MYRA RAYO


SEYFARTH SHAW LLP
Michael J. Burns (Bar No. 172614)
E-mail: mburns@seyfarth.com
Eden E. Anderson (Bar No. 233464)
E-mail: eanderson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
ZALE DELAWARE INC.

**UNITED STATED DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRA RAYO<br><br>    Plaintiff,<br><br>vs.<br><br>ZALE DELAWARE, INC. and DOES 1-50,<br><br>    Defendants | Case No. C 14-0771 EMC<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE EDWARD M. CHEN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND MEDIATION DEADLINE; [PROPOSED] ORDER THEREON<br><br>Complaint Removed:  February 21, 2014<br>Trial Date:  August 24, 2015 |

WHEREAS, the parties have agreed to participate in private mediation with mediator Jeff Ross and have reserved November 10, 11 and 20, 2014 on Mr. Ross's calendar, which were Mr. Ross's and the parties' first dates of availability. In addition to this case, Plaintiff's counsel is pursuing two other cases against Defendant which are pending in the United States District Court for the Northern District of California and one in the Superior Court of the County of Contra Costa. All four cases are roughly in the same procedural posture and the parties plan to mediate all four cases with Mr. Ross;

WHEREAS, an October 31 mediation deadline is currently set in this case, and a Status Conference is scheduled for November 13, 2014.

NOW THEREFORE, IT IS HEREBY STIPULATED by and through the undersigned parties that the mediation deadline be continued to November 20, 2014 and that the Status Conference currently scheduled for November 13, 2014 be continued to a date after November 20, 2014.

Dated: September 2, 2014         By: /s/ Michael J. Reed
                                        Michael J. Reed
                                        Law Offices of Michael J. Reed
                                        Attorneys for Plaintiff Myra Rayo

Dated: September 2, 2014         By: /s/ Eden Anderson
                                        Eden E. Anderson
                                        SEYFARTH SHAW LLP
                                        Attorneys for Defendant ZALE
                                        DELAWARE, Inc.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 2, 2014         By:/s/ Eden E. Anderson
                                        Eden E. Anderson

1 **ORDER**

2     IT IS HEREBY ORDERED that the mediation deadline is continued to

3 November 20, 2014 and the Status Conference is continued to __12/11__,

4 2014 at 10:30 a.m. An updated joint Status Report shall be filed by 12/4/14.

6 Dated: __9/8/14__     By: _____
Hon. Edward M. Chen
JUDGE OF THE UNITED STATES
DISTRICT

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen