Michael J. Reed (SBN 122324)
Attorney at Law
E-mail: mreed10202@aol.com
60 Creek Tree Lane
Alamo, CA  94507
Telephone:  (925) 743-8353
Facsimile:  (734) 468-6168
Attorney for Plaintiff
MYRA RAYO

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA RAYO<br><br>             Plaintiff,<br><br>vs.<br><br>ZALE DELAWARE, INC. and DOES 1-50,<br><br>             Defendants | Case No. C 14-0771 EMC<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE HON. EDWARD M. CHEN<br><br>JOINT STIPULATION FOR DISMISSAL; [PROPOSED] ORDER<br><br>Complaint Removed:  February 21, 2014<br>Trial Date:  August 24, 2015 |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is *dismissed with prejudice* pursuant to Fed. R. Civ. Pro. Rule 41(a)(1).

   IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Dated: December 5, 2014          By:_____/S/_____
                                 Michael J. Reed
                                 Law Offices of Michael J. Reed
                                 Attorneys for Plaintiff Myra Rayo

Dated: December 5, 2014       By:_____/S/_____
                                 Eden E. Anderson
                                 SEYFARTH SHAW LLP
                                 Attorneys for Defendant ZALE
                                 DELAWARE, Inc.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 5, 2014       By:_____/S/_____
                                 Michael J. Reed
                                 Law Offices of Michael J. Reed
                                 Attorneys for Plaintiff Myra Rayo

## [PR~~OPO~~SED] ORDER

In view of the parties' Stipulation, the Court orders the above-captioned action be dismissed with prejudice. Each party to this action shall bear its own attorneys' fees and costs of suit.

```
        December 5, 2014
Dated:_____        By:_____
                                   Honorable
                                   JUDGE
                                   DISTRI
```

IT IS SO ORDERED
Judge Edward M. Chen

(D398.023)